UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**                                                                                          **SECTION "B"**

The following cases will be called on Thursday, MARCH 1, 2012 at 9:00 a.m., before Judge Ivan L. R. Lemelle.  Failure of plaintiff's counsel to report the status thereof, or in the absence of good cause shown why the cases should remain on the docket, they will be DISMISSED.

*QUESTIONS CONCERNING THE CALL DOCKET WILL NOT BE ACCEPTED LESS THAN 24 HOURS BEFORE THE CALL DOCKET.  ALL QUESTIONS MUST BE IN LETTER FORM, ADDRESSED TO THE CASE MANAGER.  THE LETTERS MAY BE FAXED TO (504) 589-7623.     Case Manager: Isidore Grisoli (504) 589-7747*


**10-2747**     **PLUMBERS AND STEAMFITTERS LOCAL 60, ET AL. V. GLOBAL TECHNOLOGIES, LLC**
No service on defendant J.W. Ewing.
No answer filed by defendant Global Technologies 2 LLC - Answer due 9/19/2011.

**11-1254**     **ADOBE ENERGY CO. ET AL V. DELCO OHEB ENERGY LA , LLC ET AL**
Summons & complaint served on both defendants.
Answers were due Dec. 5 & 6, 2011  -  No answer filed by either defendant.

**11-1595**     **KAIGLER V. MEDTRONIC INC ET AL** (**Was thought to be MDL related.**)
No service on any defendant, and no answer filed by any defendant.
Complaint filed on July 7, 2011.

**11-1682**     **DENNIS ANDERSON V. STATE FARM FIRE AND CASUALTY COMPANY**
Answer was due Dec. 29, 2011  -  No answer has been filed by the defendant.

**11-1702**     **ERNEST MORRIS V. STATE FARM FIRE AND CASUALTY COMPANY**
Answer was due 1/27/2012  -  No answer filed by the defendant.

**11-1703**     **VANESSA  MORRIS V. STATE FARM FIRE AND CASUALTY COMPANY**
Answer was due 1/27/2012  -  No answer filed by the defendant.

**11-1724**     **INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA V. TRAVELERS PROPERTY & CASUALTY COMPANY**
No answer by defendant Travelers Property & Casualty Company.
Answer was due on November 1, 2011.

**11-1750**     **WESLEY THIBODEAUX V. STATE FARM INSURANCE COMPANY**
Answer was due on 11/29/2011  -  No answer filed by the defendant.

**11-1829**     **K-BAR, INC. V. JEFFERSON PARISH ET AL**
Summons issued August 2, 2011.   No activity since August 2, 2011.

**11-1902**   **CODY A. MELANCON, ET AL. V. GRETNA CITY, ET AL.**
No answer filed by defendant Gretna Police Department, no proof of svc. on same.

**11-1930**   **GARY GOODLETT V. MED CATH INC. ET AL**
Summons returns for defendants Med Cath, Inc., and Health and Welfare Plan Committee filed on October 11, 2011 - both deficient.
No corrected summons returns filed, and neither defendant has filed an answer to the complaint.

**11-2004**   **TMT BULK CORPORATION V. CROSSBRIDGE SHIPPING SINGAPORE LIMITED**
Summons issued to defendant on August 16, 2011, no return filed in the record, and no answer to complaint filed by the defendant.

**11-2160**   **RONALD KIBBE V. OASIS HORTICULTURAL SERVICES, INC., ET AL.**
No proof of service on defendants Oasis Horticultural Services, Inc., LSU Health Sciences Center, Board of Supervisors of Louisiana State University Medical Center, Metropolitan Health Group, Jefferson Parish Hospital District No. 1.

**11-2256**   **BERNICE BAMBULIS V. PROTECTIVE LIFE INSURANCE COMPANY, ET AL.  (Removed from State Court)**
Defendant Kemper Investors Life Insurance Company served with state court petition in August 2011.
No answer filed by Kemper.

**11-2377**   **SUZANNE ORR V. RICKMERS-LINE GMBH CIE., KG, ET AL.**
No proof of service on, and no answers filed by defendants Rickmers Reederei GmbH Cie. KG., MCC Marine Consulting & Contracting GmbH Cie. KG., MCC Rickmers.

**11-2379**   **RAHMAD ALLEN V. METROPOLITAN LIFE INSURANCE COMPANY, ET AL.**
Metropolitan's answer was due October 11, 2011 per Court order, rec. doc. no. 6.
No answer filed as of this date.

**11-2396**   **SEAN SAMUEL CLEMENTS V. EMPIRE SCAFFOLD, L.L.C., ET AL.**
Complaint filed on September 23, 2011.
No proof of service upon, and no answers filed by defendants BW Offshore USA, Inc. and BW Offshore USA Management, LLC.

New Orleans, Louisiana, the 14th day of February, 2012

UNITED STATES DISTRICT JUDGE